United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID C. PATKINS,

    Petitioner,

v.

SHAWN HATTON, Warden,

    Respondent.

Case No. 16-cv-03033-MEJ (PR)

**JUDGMENT**

This federal habeas action having been dismissed, judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 27, 2016

    MARIA ELENA JAMES
    United States Magistrate Judge